# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MONIQUE RICHARD, | Case No.: 5:23-cv-01211-E |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  2/13/24

/S/ CHARLES F. EICK
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3           /s/ *Matthew F. Holmberg*
     BY: _____
4          Matthew F. Holmberg
           Attorney for plaintiff Crystal Monique Richard
5

6

7

...

-2-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

     /s/ *Matthew F. Holmberg*
BY: _____
     Matthew F. Holmberg
     Attorney for plaintiff Crystal Monique Richard